IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TERRY ANTONIO LEE,                                                              PLAINTIFF
ADC #120960

v.                                  2:17CV00200-JM-JTK

AMANDA GRANGER, et al.                                                       DEFENDANTS

## ORDER

The Court has received proposed findings and partial recommended disposition from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, Plaintiff's timely objections received thereto, as well as a de novo review of the record, the Court adopts the proposed findings and recommendations in their entirety.

IT IS, THEREFORE, ORDERED that Defendants Reed, Naylor, Kelly, Jackson, Andrews, Lay, and Does be DISMISSED for failure to state a claim.

IT IS SO ORDERED this 3rd day of January, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE