IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TERRY ANTONIO LEE,                                                                      PLAINTIFF
ADC #120960

v.                              2:17CV00200-JM-JTK

AMANDA GRANGER                                                 DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion to Dismiss (Doc. No. 17) is GRANTED.

2. Plaintiff's Complaint against Defendant is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

3 This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

4. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of March, 2018.

                                                          JAMES M. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE